FILED IN
5TH COURT OF APPEALS

'15 OCT 19 PM 4: 12

LISA MATZ CLERK

*In The*
*Court of Appeals*
*Fifth District of Texas at Dallas*

Appeal Number: #:05-15-00854-CV;
Court Number: (TX): #): 14-41301...

Sur Juris Sovereign Allodial [Under our Godly names]
Micheal A. Hughes, Renna C. Hughes, Allodium;

V.

DALLAS COUNTY, ETAL; &
THE VISITING JUDGE
MR. SIMS KENT
6TH CIVIL-DISTRICT COURT DALLAS, TEXAS

# Sur Juris Sovereign Allodial ~ Allodium
# Brief  or  Legal Letter

To MR, or MS, **(FICTION)** Of TEXAS GONERNMENT APPEAL UNDER THE COURT OF FIFTH

DISTRICT OF TEXAS AT DALLAS HEREIN DALLAS, TEXAS:

I, We come as noted above under our Godly as cited here. Keep it in mine that I, We can not read a ftction,

artificial, fictitious entity, corporation! Here the Supreme Court of the UNITED STATES 1795, "Inasmuch

as every government is an artificial person, an abstraction, and a creature of the mind only, a government

can interface only with other artificial persons...

This is for the 5th Court Appeal Court ~ I, We bring to said APPEAL COURT herein the 5th District of

DALLAS, TEXAS that this notice for a fear hearing! There has not being a fear hearing nor have there

been any Constitutional Rights or granted or protected in this case Believe that even our Unalienable

Rights.  The violations will never stop.  From the way the law is violated and the Constitution our Rights are Suspended.

So that I, We  can have  60 days time to on our brief for the this [Court].


UCC 1-308  Without prejudice We reservation our rights.

_____ ©

Sur Juris Sovereign  Allodial Alliodium

Micheal A. Hughes 2121 Sutter St, Dallas, Texas 75216